UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § § | NO:  AU:23-CR-00218(4)-RP |
| (4) Paul Anthony Lopez | | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 8, 2025, wherein the defendant Lopez waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Lopez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Lopez' plea of guilty to Count 1SS of the Superseding Information is accepted.

Signed this 9th day of June, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE